George A. Varney, Appellant, v. Isaac E. Ditmars, Respondent.— Judgment affirmed, with costs. No opinion. Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Laughlin, J., dissenting.

Flora L. Vose, Respondent, v. Joseph C. Conkling and Others, Appellants.— Motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.